IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL P. BJORLIN,

      Plaintiff,                            No. CIV S-06-0014 FCD GGH P

    vs.

OFFICER PURCELL,

      Defendant.                        ORDER

_____/

        On October 31, 2006, plaintiff filed a request for extension of time in which "to properly prosecute claims." Court records do not indicate any pending deadlines by which plaintiff need reply.

        Plaintiff has also requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's October 31, 2006, request for an extension of time absent a pending deadline for a filing by plaintiff is denied; and

2. Plaintiff's October 31, 2006, request for the appointment of counsel is denied.

DATED: 11/28/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/bb
bjor0014.31+

2