1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DANIEL P. BJORLIN,

11              Plaintiff,                 No. CIV S-06-0014 FCD GGH P

12      vs.

13   OFFICER PURCELL,

14              Defendant.                 <u>ORDER</u>

15   _____/

16              Plaintiff, a state prisoner proceeding pro se, has requested that this action be

17   dismissed.  Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed.

18              Accordingly, the Clerk of Court shall close this case.

19   DATED: 12/12/06

20                                         /s/ Gregory G. Hollows
                                           _____
21                                         GREGORY G. HOLLOWS
                                           UNITED STATES MAGISTRATE JUDGE
22   GGH:009
     bjor0014.59a
23

24

25

26